# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | § § | |
| INTERNATIONAL RESOURCES COMPANY LLC | § § § § | Case No. 14-50100 |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

W. Donald Gieseke, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,156.59            Claims Discharged
                                                       Without Payment: 375,209.30

Total Expenses of Administration: 10,843.41

---

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,843.41 | 10,843.41 | 10,843.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 318,840.53 | 477,725.79 | 289,045.64 | 4,156.59 |
| **TOTAL DISBURSEMENTS** | $ 318,840.53 | $ 488,569.20 | $ 299,889.05 | $ 15,000.00 |

    4)  This case was originally filed under chapter 11 on 06/23/2014 , and it was converted to chapter 7 on 06/23/2014 . The case was pending for 51 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/14/2018                       By:/s/W. Donald Gieseke, Trustee
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CARBON LAKE MATERIAL LOCATED IN PIOCHE, NV | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:W. DONALD GIESEKE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| TRUSTEE EXPENSES:W. DONALD GIESEKE | 2200-000 | NA | 101.91 | 101.91 | 101.91 |
| UNION BANK | 2600-000 | NA | 452.71 | 452.71 | 452.71 |
| OFFICE OF THE U. S. TRUSTEE, | 2950-000 | NA | 650.28 | 650.28 | 650.28 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):TIRRE, AMY N. | 3210-000 | NA | 3,987.50 | 3,987.50 | 3,987.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):TIRRE, AMY N. | 3220-000 | NA | 127.04 | 127.04 | 127.04 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):COX, JUNE | 3410-000 | NA | 471.00 | 471.00 | 471.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):COX, JUNE | 3420-000 | NA | 60.00 | 60.00 | 60.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:B, AUCTIONS "UY" SAMMY | 3610-000 | NA | 2,249.99 | 2,249.99 | 2,249.99 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:B, AUCTIONS "UY" SAMMY | 3620-000 | NA | 492.98 | 492.98 | 492.98 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,843.41 | $ 10,843.41 | $ 10,843.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHRIS WICKER, ESQ. WOODBURN AND WEDGE PO BOX 2311 RENO, NV 89505 | | 90,320.25 | NA | NA | 0.00 |
| 000003 | ELLI M. A. MILLS | 7100-000 | 228,520.28 | 239,045.64 | 239,045.64 | 4,156.59 |
| 000001 | JERRY NEWCOMER | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000002 | WOODBURN AND WEDGE | 7100-000 | NA | 92,348.75 | 0.00 | 0.00 |
| 000005 | WOODBURN AND WEDGE | 7100-000 | NA | 96,331.40 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 318,840.53 | $ 477,725.79 | $ 289,045.64 | $ 4,156.59 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-50100 | BTB | Judge: Bruce T. Beesley | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|---|
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | | | Date Filed (f) or Converted (c): | 06/23/14 (c) |
| | | | | 341(a) Meeting Date: | 07/31/14 |
| For Period Ending: | 09/14/18 | | | Claims Bar Date: | 10/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CARBON LAKE MATERIAL LOCATED IN PIOCHE, NV ASSETS SOLD AT AUCTION THRU VAULT CORP - PER COURT ORDER ENTERED ON VAULT CORP #14-50098 - DOCKET #195 - ENTERED ON 1-27-15. | 50,000.00 | 15,000.00 | | 15,000.00 | FA |
| 2. TRANSFER OF MONIES FROM VAULT CORP TO INTERNATION (u) | 0.00 | 0.00 | | 0.00 | FA |

|   |   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $50,000.00 | $15,000.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3-6-18 - ORDER APPROVING OBJECTIONS TO CLAIM #1 - SEE DOCKET #50.

2-21-18 10 AM HEARING ON TRUSTEE'S OBJECTION TO CLAIM #1 - SEE DOCKET #45.  ONCE THIS OBJECTION TO CLAIM IS HEARD ON

2-21-18 THEN THE TRUSTEE WILL FILE THE TFR.

8-11-17 - ORDER GRANTING MOTION TO APPROVE COMPROMISE ON ADVERSARY 16-05002 DOCKET #66. SEE ASSET #2- NO MONIES TO GO

INTO THIS BK ESTATE PER COMPROMISE/SETTLEMENT.

6-27-17  - MOTION TO APPROVE COMPROMISE UNDER RULE 9019 IS FILED ON ADVERSARY 16-05002- (SEE  DOCKET #61 FILED ON

6-27-17).

3-22-17 - SETTLEMENT CONFERENCE TO BE SCHEDULED FOR MOST LIKELY MAY/JUNE 2017 DUE TO CHANGE OF COUNSEL FOR THE

PRINCIPALS OF THE DEBTORS. TRUSTEE REVIEW OF QUICKBOOKS - IT APPEARS THE PRINCIPALS OF THE DEBTORS HAVE NOT REPAID THE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-50100    BTB    Judge: Bruce T. Beesley | Trustee Name:    W. Donald Gieseke, Trustee |
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | Date Filed (f) or Converted (c):    06/23/14 (c) |
| | | 341(a) Meeting Date:    07/31/14 |
| | | Claims Bar Date:    10/29/14 |

LOANS FROM VAULT CORP TO THEM.

10-27-16 - LOAN RECORDS AND OFFSETS ARE NOW "APPEARING".  DEBTORS NEW ATTORNEY, KEN WARD, IS TRYING TO PUT THE ESTATE ON
THE DEFENSIVE.
PERSONAL FINANCIAL STATEMENTS FOR THE PRINCIPALS OF THE DEBTORS CONTINUE TO BE PROMISED.  THESE ARE NEEDED TO DETERMINE
EFFORTS THAT SHOULD BE EXPENDED VS. POTENTIAL RETURNS.
A STATUS WITH JUDGE BEESLEY HAS BEEN REQUESTED TO DISCUSS THE LACK OF DISCOVERY DOCUMENTS.
9-30-16 - TRIAL IS SCHEDULED ON 4-7-17 AT 10:00 AM ON  ADVERSARY # 16-05002 (WITH LEAD CASE ADVERSARY #14-50098).

9-30-16 - PRE-TRIAL CONFERENCE FOR 3-21-17  2 PM ON ADVERSARY # 16-05002 (WITH LEAD CASE ADVERSARY #14-50098).

9-30-16 - LITIGATION AND DISCOVERY CONTINUES ON ADVERSARY # 16-05002 WITH LEAD CASE ADVERSARY #14-50098.  IN LATE AUGUST
2016 THE TRUSTEE RECEIVED A COPY OF QUICKBOOK FOR VAULT CORP ON A THUMBDRIVE.  PASSWORDS PROVIDED BY THE PRINCIPALS OF
THE DEBTORS WERE INCORRECT.  TRUSTEE SPENT 5 HOURS ON THE PHONE WITH QUICKBOOKS CORP TO RECEIVE/OVERRIDE THE PASSWORDS.
TRUSTEE FINALLY GOT INTO QUICKBOOKS TO REVIEW VAULT CORP FINANCIALS.  IT APPEARS THE PRINCIPALS OF THE DEBTORS HAVE NOT
REPAID THE LOANS FROM VAULT CORP TO THEM.  IN OTHER WORDS THE PRINCIPALS OF THE DEBTORS TOOK MONEY VIA LOANS FROM VAULT
CORP AND HAVE NOT REPAID VAULT CORP FOR THESE MONES.  HENCE IT APPEARS THE PRINCIPALS OF THE DEBTOR OWE VAULT CORP THE
MONIES THEY BORROWED FROM VAULT CORP.  THIS IS IN LITIGATION ON THE ADVERSARY 14-50098.  THE PRINCIPALS OF THE DEBTOR
ARE KEVIN L. SULLIVAN AND RICKIE D. ALLEN.
**INTERESTING THAT FINANCIAL RECORDS ARE NOW APPEARING AFTER AFFIDAVIT WAS PROVIDED CLAIMING ALL FINANCIAL RECORDS WERE
LOST OR DESTROYED WITH THE EXCEPTION OF THE .PDF FILES.

7-26-16 - AN ADVERSARY 16-05002 HAS BEEN FILED RELATING TO 14-50098, VAULT CORPORATION.
OVER $1.3MM WAS "LOANED" BY VAULT CORPORATION TO THE PRINCIPALS OF THIS DEBTOR.
THE MONIES WERE ORIGINALLY INVESTED IN ALL THREE ENTITIES AND TRANSFERRED TO VAULT CORPORATION.
SHOULD MONIES BE RECOVERED, THEY WILL BE ALLOCATED BETWEEN ALL THREE COMPANIES HENCE 14-50100, INTERNATIONAL RESOURCES
COMPANY LLC AND 14-50099,VAULT INTERNATIONAL, LLC ARE BEING HELD OPEN.


7-26-16 - ADVERSARY #16-05002 INVOLVES TRANSFERS BETWEEN VAULT CORP TO BOTH VAULT INTERNATIONAL AND INTERNATIONAL
RESOURCES. SEE ASSET #2.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-50100    BTB    Judge: Bruce T. Beesley | Trustee Name:    W. Donald Gieseke, Trustee |
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | Date Filed (f) or Converted (c):    06/23/14 (c) |
| | | 341(a) Meeting Date:    07/31/14 |
| | | Claims Bar Date:    10/29/14 |

3-31-16 - CASE WILL REMAIN OPEN UNTIL ADVERSARY #16-05002 IS SETTLED.

1-22-16 - VAULT CORP  #14-50098 FILED ADVERSARY #16-05002 ON PRINCIPAL OF THE DEBTORS ON CASE #14-50098 -SEE DOCKET #235.

9-30-15 - TRUSTEE INVESTIGATING MONIES OWED FROM PRINCIPAL OF THE DEBTORS - ALLEGED REPORT OF ASSETS TAKEN FROM PRINCIPAL OF THE DEBTORS.

9-30-15 - COURT EMPLOYED CPA TO BE PAID ON PREPARATION OF BK ESTATE'S 2014 TAX RETURN.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-50100 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7811  Checking Account |
| Taxpayer ID No: | *******9228 | | |
| For Period Ending: | 09/14/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/15 | | BK ESTATE OF VAULT CORP #14-50098 | ASSETS SOLD THRU VAULT CORP AUCTION | | 12,257.03 | | 12,257.03 |
| | 1 | BK ESTATE OF VAULT CORP | Memo Amount:    15,000.00 ASSETS SOLD THRU VAULT CORP AUCTION | 1129-000 | | | |
| | | B, AUCTIONS "UY" SAMMY | Memo Amount: (    2,249.99 ) AUCTIONEER FEES | 3610-000 | | | |
| | | B, AUCTIONS "UY" SAMMY | Memo Amount: (    492.98 ) AUCTIONEER EXPENSES | 3620-000 | | | |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 12,242.03 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.21 | 12,223.82 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 17.60 | 12,206.22 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.16 | 12,188.06 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 17.55 | 12,170.51 |
| 08/21/15 | 005001 | LAW OFFICES OF AMY N. TIRRE AMY N. TIRRE, ESQ. #6523 A PROFESSIONAL CORP. 3715 LAKESIDE DRIVE, SUITE A RENO, NV 89509 | PAYMENT TO TRUSTEE ATTORNEY PER COURT ORDER ENTERED ON 8-19-15; DE #230. | | | 4,114.54 | 8,055.97 |
| | | | Fees          3,987.50 | 3210-000 | | | |
| | | | Expenses        127.04 | 3220-000 | | | |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.11 | 8,037.86 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.08 | 8,019.78 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,004.78 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,989.78 |
| 12/15/15 | 005002 | JUNE COX, CPA 4755 CAUGHLIN PKWY, SUITE B RENO, NV 89519-0980 | PAYMENT TO ACCOUNT FOR TRUSTEE PER COURT ORDER ENTERED ON 12-15-15 (DOCKET #42). | | | 201.00 | 7,788.78 |
| | | | Fees           171.00 | 3410-000 | | | |

Page Subtotals       12,257.03       4,468.25

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 10)

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-50100 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7811  Checking Account |
| Taxpayer ID No: | *******9228 | | |
| For Period Ending: | 09/14/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses        30.00        3420-000 | | | |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,773.78 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,758.78 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,743.78 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,728.78 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,713.78 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,698.78 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,683.78 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,668.78 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,653.78 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,638.78 |
| 10/23/16 | 005003 | JUNE COX, CPA | PAYMENT TO CPA | | 330.00 | 7,308.78 |
| | | 5470 KIETZKE , SUITE 210 | FOR BK ESTATE PER COURT ORDER - DOCKET | | | |
| | | RENO, NV 89511-2097 | #44.  PREPARATION OF BK ESTATE'S 2015 TAX | | | |
| | | | RETURN. | | | |
| | | | Fees           300.00         3410-000 | | | |
| | | | Expenses        30.00         3420-000 | | | |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,293.78 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,278.78 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,263.78 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,248.78 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,233.78 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,218.78 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,203.78 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,188.78 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,173.78 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE        2600-000 | | 15.00 | 7,158.78 |
| 06/25/18 | 005004 | W. Donald Gieseke | Chapter 7 Compensation/Expense | | 2,351.91 | 4,806.87 |
| | | 18124 Wedge Parkway | | | | |

Page Subtotals         0.00         2,981.91

Ver: 20.00j

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 14-50100 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7811  Checking Account |
| Taxpayer ID No: | *******9228 | | |
| For Period Ending: | 09/14/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 518<br>Reno, NV  89511 | | | | | |
| | | | Fees            2,250.00 | 2100-000 | | | |
| | | | Expenses         101.91 | 2200-000 | | | |
| 06/25/18 | 005005 | UNITED STATES TRUSTEE PAYMENT CENTER<br>P.O. BOX 530202<br>ATLANTA, GA 30353-0202 | Claim 000004A, Payment 100.00000% | 2950-000 | | 650.28 | 4,156.59 |
| 06/25/18 | 005006 | Elli M. A. Mills<br>c/o Louis M. Bubala III, Esq.<br>Kaempfer Crowell<br>50 W Liberty Street, Suite 700<br>Reno, NV 89501 | Claim 000003, Payment 1.73883% | 7100-000 | | 4,156.59 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 15,000.00 | COLUMN TOTALS | 12,257.03 | 12,257.03 | 0.00 |
| Memo Allocation Disbursements: | 2,742.97 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 12,257.03 | 12,257.03 | |
| Memo Allocation Net: | 12,257.03 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 12,257.03 | 12,257.03 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 15,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,742.97 | Checking Account - ********7811 | 12,257.03 | 12,257.03 | 0.00 |
| Total Memo Allocation Net: | 12,257.03 | | 12,257.03 | 12,257.03 | 0.00 |
| | | | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals        0.00        4,806.87

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 14-50100 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
| --- | --- | --- | --- |
| Case Name: | INTERNATIONAL RESOURCES COMPANY LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7811  Checking Account |
| Taxpayer ID No: | *******9228 | | |
| For Period Ending: | 09/14/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals       0.00       0.00

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*